WILLIAM B. MACFARLANE, Appellant, *v.* MOSIER & SUMMERS et al., Respondents.

*MacFarlane v. Mosier & Summers*, 157 App. Div. 844, affirmed.
(Argued May 10, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 14, 1913, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action under section 4 of the Labor Law to have canceled a contract for the erection of a public building on the ground that a subcontractor employed men thereon for a longer period than eight hours a day.

*Irving W. Cole* and *Hamilton Ward* for appellant.

*John W. Ryan* for Mosier & Summers, respondent.

*William S. Rann, Corporation Counsel (George E. Pierce* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDERBACK, HOGAN and MILLER, JJ. Dissenting: SEABURY, J.